IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>RUSTICK, LLC, a Pennsylvania Limited Liability Company,<br><br>    Debtor. | Bankruptcy No. 10-10902 -TPA<br><br>Chapter 11<br><br>Judge Thomas P. Agresti |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>    Movant,<br><br>v.<br><br>NO RESPONDENT. | |

## APPLICATION TO APPOINT COUNSEL FOR
## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The Application of the Official Committee of Unsecured Creditors ("Committee") to Appointment Counsel represents as follows:

1. This case was initiated under Chapter 11 of the Bankruptcy Code on May 13, 2010.

2. The Committee was officially appointed by the Office of the United States Trustee's Office by notice dated June 1, 2010.

3. The committee consists of WLT Investments, LLC, James D. Hennigan Trucking, Martin & Martin, Inc. and Rochem Membrane Systems, Inc.

4. The undersigned Chairperson polled the Committee and resolved the following:

(A) that the Committee should be represented by counsel in accordance with Section 1103(a) for the purpose of aiding the Committee in the performance of its powers and duties as defined in Section 1103; and

(B) that Robert S. Bernstein, Esq., Kirk B. Burkley, Esq., and Bernstein Law Firm, P.C. (collectively, "Bernstein"), would serve as counsel for the Committee.

5. The Committee chose to be represented by this counsel because of the counsel's experience in matters of this character and because the Committee believes that counsel is well qualified to represent and assist this Committee in the performance of the Committee's duties, as well as the exercise of the Committee's powers, as enumerated in the Bankruptcy Code and Bankruptcy Rules.

6. In compliance with Section 1103(b) of the Bankruptcy Code, and to the best of the Committee's knowledge, Bernstein represents no interest that would be adverse to the interests of the Creditors' Committee, except as otherwise described in the verified statement attached hereto.

7. A verified statement pursuant to Rule 2014(a) is attached as an exhibit to this Application.

8. The Committee has not negotiated any specific nor express compensation arrangement with counsel, other than that counsel's compensation and the reimbursement of expenses will be at counsel's customary rates, as they may be modified from time to time, and that such compensation and reimbursement will be sought from the Estate by proper application, with allowances therefore to be determined, set, and approved by Order of this Honorable Court.

WHEREFORE, the Committee requests that this Honorable Court enter an Order approving the appointment of Robert S. Bernstein, Esq., Kirk B. Burkley, Esq. and the Bernstein Law Firm as counsel for the Official Committee of Unsecured Creditors.

Dated: June 10, 2010

| | |
|---|---|
| Respectfully submitted,<br><br>BERNSTEIN LAW FIRM, P.C.<br><br><br>By:/s/ *Robert S. Bernstein*<br>Robert S. Bernstein, Esquire<br>rbernstein@bernsteinlaw.com<br>PA ID #34308<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219<br>(412) 456-8101 - Phone<br>(412) 456-8251 - Fax | Committee Chairperson:<br><br>By: /s/ Gerry Ginsberg<br>Gerry Ginsberg<br>WLT Investments, LLC. |