IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

RUSTICK, LLC,                                    :       Case Number 10-10902 TPA
                                                 :       Chapter 11
                                                 :       Related to Document No. 215
                     Debtor,                     :       Hearing: September 9, 2010 at 9:30 A.M.

## ORDER AND NOTICE FOR HEARING ON
## AMENDED DISCLOSURE STATEMENT

*To the Debtor, creditors of the Debtor, and other parties in interest*:

      *AND NOW*, this *10ᵗʰ* day of ***August, 2010***, a ***Disclosure Statement, Plan Summary*** and ***Plan dated August 9, 2010*** have been filed by the Debtor, Rustick, LLC, on August 9, 2010 under Chapter 11 of *Title 11* of the United States Code,

### *IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:*

      (1) ***On September 9, 2010 at 9:30 A.M.,*** the hearing to consider the approval of the *Disclosure Statement* shall be held in the Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie PA 16501.

      (2) ***September 2, 2010,*** is the last day for filing and serving written objections to the *Disclosure Statement* in accordance with *Fed.R.Bankr.P. 3017(a)*.

      (3) Within 7 days after entry of this order, the *Plan* proponent shall transmit the *Disclosure Statement, Plan Summary* and *Plan* to the Debtor, Debtor's attorney, trustee, trustee's attorney, members of all committees and counsel for all committees, if any, the Securities and Exchange Commission, the U.S. Trustee, and any party in interest who has requested or requests in writing a copy of the *Disclosure Statement* and *Plan*.

      (4) Requests for copies of the *Disclosure Statement, Plan Summary* and *Plan* shall be mailed to the proponent of the plan to the attention of:

              ***Stephanie McFadyen***
              ***Dilworth Paxson LLP***
              ***1500 Market Street - Suite 3500E***
              ***Philadelphia, PA 19102***

      (5) The proponent of the *Plan* shall serve a copy of this *Order and Notice* on Debtor, Debtor's attorney, trustee, trustee's attorney, indenture trustee, all creditors, counsel for all committees, if any, Equity Security Holders, Interest Holders, all parties in interest, the Securities and Exchange Commission and the U.S. Trustee, and file a certificate of service which complies with *Local Form No. 7* with the Clerk.

_____
Thomas P. Agresti, Chief Judge
United States Bankruptcy Court
dmr

cm: Lawrence C. Bolla, Esq.