IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

[N]

In Re:

RUSTICK, LLC, : Case Number 10-10902 TPA
: Chapter 11
Debtor, : Related to Document Nos. 17, 215

## **ORDER**

**AND NOW,** this **10th** day of **August, 2010,** an Order having been entered on July 16, 2010 rescheduling the hearing on the *Disclosure Statement,*

It is hereby **ORDERED, ADJUDGED and DECREED** that the hearing on the Approval of the *Disclosure Statement* previously scheduled for August 12, 2010 at 1:30 P.M. in the Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie PA 16501, is **CANCELLED.**

A hearing on the **First Amended Disclosure Statement** filed on August 9, 2010 has been scheduled by separate Order.

_____
Thomas P. Agresti, Chief Judge
United States Bankruptcy Court

dmr

FILED
2010 AUG 10 P 12:27
CLERK
U.S. BANKRUPTCY
COURT - PGH