# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case Number 10-10902-TPA |
| RUSTICK, LLC | |
| Debtor | Chapter 11 |
| RUSTICK, LLC, | The Honorable Thomas P. Agresti |
| Movant, | |
| v. | Related to Document Nos. 188, 251, and 254 |
| MERRILL LYNCH PORTFOLIO MANAGEMENT, INC. and THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., as successor to J.P. Morgan Trust Company, National Association, | |
| ROSALIE BISHOP, TAX COLLECTOR; and | |
| GREAT AMERICA LEASING CORP. | |
| Respondents. | |

## DEBTOR'S AND SECURED LENDER'S PROPOSED LIST OF CONSIDERATIONS TO BE USED IN DETERMINING THE "SUCCESSFUL BID" AND "BACK-UP BID" PURSUANT TO BID PROCEDURES ORDER

Pursuant to the Court's *Order Approving Bid Procedures For Sale of Assets and Grant of Related Relief* entered on August 18, 2010 (Docket No. 251) (the "Bid Procedures Order")[1] and as required by the *Order* scheduling a hearing for August 26, 2010 (Docket No. 254), Rustick, LLC, the debtor in the above-captioned case (the "Debtor") and Merrill Lynch Portfolio Management, Inc. (the "Secured Lender") hereby submit a list of considerations to be used by

---

[1] Capitalized terms not defined herein shall have the meaning set forth in the Bid Procedures Order.

them in identifying the "Successful Bid" and "Back-Up Bid" and making their recommendations to the Court for approval of such choices at the Confirmation Hearing currently scheduled for October 21, 2010. The Debtor and Secured Lender note that the proposed list of considerations (i) is built on several assumptions on how they believe the bids may be proposed and assumes that the bids being considered are Qualified Bids; and (ii) may need to be revised and adapted to evaluate the actual bids once they are submitted by the Bid Deadline.

The Debtor and Secured Lender intend to utilize the following considerations in evaluating any bids that are submitted:

(1) Whether the bidder is a strategic buyer (already involved in the ownership and/or operation of a landfill, with operational experience in running landfills) or is a financial/investment buyer (with little or no operational experience in running a landfill);

(2) The amount and material terms of the bid (which shall be considered in the context of the overall ability of the bidder to consummate the sale, obtain the necessary regulatory approvals and provide the financial assurance for the transfer of the landfill permits);

(3) Whether the consideration is to be provided in a form other than cash, and the ability to assess accurately the value of any such consideration;

(4) The risks and timing associated with consummating a transaction with the bidder;

(5) Whether the bid has excluded certain assets or executory contracts and leases;

(6) The strength of the bidder's evidence, satisfactory to the Debtor and the Secured Lender, demonstrating that the bidder has the financial resources sufficient to finance the purchase and operation of the Assets proposed to be acquired at the

proposed purchase price (*e.g.*, cash on hand or a binding financing commitment from an established and financially sound financial institution or investments fund);

(7) Whether the bidder has the ability to obtain the necessary regulatory approvals and provide the financial assurance required for the transfer of the Debtor's landfill permits;

(8) The strength of the Qualified Bidder's showing of adequate assurance of future performance to counterparties to any executory contracts and unexpired leases proposed to be assumed by the Debtor and assigned to the bidder;

(9) Whether the bidder has the ability to consummate the transactions proposed in the purchase agreement in the time frame anticipated in the Plan and DIP Financing;

(10) Whether the bid has any terms that may affect the ability, speed and certainty of consummating the sale and confirming the Plan;

(11) The extent to which the bid modifies the terms of the Proposed Agreement;

(12) Whether the bid complies with the terms and requirements set forth in the Bid Procedures Order; and

(13) Any other factors that the Debtor and Secured Lender may deem relevant to the sale and confirmation of the Plan, including those factors affecting the certainty and speed of consummating the sale.

|                          | Respectfully submitted,                                      |
|--------------------------|--------------------------------------------------------------|
|                          | BY: /s/ Lawrence C. Bolla                                    |
| Dated: August 24, 2010   | **QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.**            |
|                          | Lawrence C. Bolla, Esquire                                   |
|                          | PA Id. No. 19679                                             |
|                          | Nicholas R. Pagliari, Esquire                                |
|                          | PA Id. No. 87877                                             |
|                          | 2222 West Grandview Boulevard                                |
|                          | Erie, Pennsylvania 16506-4508                                |
|                          | Telephone: 814-833-2222                                      |
|                          | Facsimile: 814-833-6753                                      |
|                          | lbolla@quinnfirm.com                                         |
|                          | npagliari@quinnfirm.com                                      |

and

/s/ Peter C. Hughes
**DILWORTH PAXSON LLP**
Peter C. Hughes
PA Id. No. 62806
Jennifer L. Maleski
PA Id. No. 93154
1500 Market St., Suite 3500E
Philadelphia, PA 19102
Telephone: (215) 575-7000
Facsimile: (215) 575-7200
phughes@dilworthlaw.com
jmaleski@dilworthlaw.com

*Counsel for Debtor, Rustick, LLC*

and

|                          | BY: /s/ Guy C. Fustine                                       |
|--------------------------|--------------------------------------------------------------|
| Dated: August 24, 2010   | **KNOX MCLAUGHLIN GORNALL & SENNETT, P.C.**                  |
|                          | Guy C. Fustine, Esquire                                      |
|                          | PA Id. No. _____                                    |
|                          | 120 West 10th Street                                         |
|                          | Erie, Pennsylvania 16501-1461                                |
|                          | Telephone: 814-459-2800                                      |
|                          | Facsimile: 814-453-4530                                      |
|                          | gfustine@kmgslaw.com                                         |

and

/s/ J. Robert Stoll
**MAYER BROWN LLP**
J. Robert Stoll, Esquire (pro hac vice)
Sajida Mahdi Ali, Esquire (pro hac vice)
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
jstoll@mayerbrown.com
smahdiali@mayerbrown.com

*Counsel for Merrill Lynch Portfolio Management, Inc.*

Document #528287, v1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | |
| RUSTICK, LLC | Case Number 10-10902-TPA |
| Debtor | Chapter 11 |
| RUSTICK, LLC, | The Honorable Thomas P. Agresti |
| Movant, | |
| v. | Related to Document Nos. 188, 251, and 254 |
| **MERRILL LYNCH PORTFOLIO MANAGEMENT, INC.** and **THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,** as successor to J.P. Morgan Trust Company, National Association, | |
| **ROSALIE BISHOP, TAX COLLECTOR;** and | |
| **GREAT AMERICA LEASING CORP.** | |
| Respondents. | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served, or caused to be served, on the 25th day of August, 2010, a copy of the Debtor's and Secured Lender's Proposed List of Considerations to be Used in Determining the "Successful Bid" and "Back-up Bid" Pursuant to Bid Procedures Order upon each of the following persons and parties in interest at the address shown on the attached list.

Respectfully submitted,

BY: /s/ Lawrence C. Bolla

Dated: August 24, 2010

**QUINN, BUSECK, LEEMHUIS,
TOOHEY & KROTO, INC.**
Lawrence C. Bolla, Esquire
PA Id. No. 19679
Nicholas R. Pagliari, Esquire
PA Id. No. 87877
2222 West Grandview Boulevard
Erie, Pennsylvania 16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
lbolla@quinnfirm.com
npagliari@quinnfirm.com

Rustick, LLC
Case No. 10-10902 TPA
Service List

The following parties received notice of the filing via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Sajida Mahdi Ali, Esquire; Counsel to Merrill Lynch Portfolio Management; samahdi@mayerbrown.com; jstoll@mayerbrown.com |
| Guy C. Fustine, Esquire; Counsel to Merrill Lynch Portfolio Management; gfustine@kmgslaw.com |
| Mark G. Claypool, Esquire; Counsel to Merrill Lynch Portfolio Management; mclaypool@kmgslaw.com |
| Joseph M. Fornari, Jr., Esquire; Office of the U.S. Trustee; Joseph.M.Fornari@usdoj.gov |
| David K. Rudov, Esquire; Counsel to Girl Scouts of Western Pennsylvania; drudov@rudovstein.com |
| Joseph F. Gula, Esquire; Counsel to Merrill Lynch Portfolio Management; jgula@kmgslaw.com |
| Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov |
| Joseph W. Kots, Esquire; ra-li-ucts-BankPitts@state.pa.us; Counsel to Dept. of Labor & Industry |
| Peter R. Russ, Esquire; peter.russ@bipc.com; Counsel to Caterpillar Financial Services Corporation |
| Deborah C. Phillips, Esquire; Counsel to Pennsylvania Dept. of Labor & Industry; dephillips@state.pa.us |
| Jennifer L. Maleski, Esquire; Counsel to Debtor; jmaleski@dilworthlaw.com |
| Peter C. Hughes, Esquire; Counsel to Debtor; phughes@dilworthlaw.com |
| T. Lawrence Palmer, Esquire; lpalmer@attorneyrevenue.gov; Counsel to Pa. Dept. of Revenue |
| Robert S. Bernstein, Esquire; rbernstein@bernsteinlaw.com; Counsel to Official Committee of Unsecured Creditors |
| Douglas G. Moorhead, Esquire; dmoorhead@state.ps.us; Counsel to Pa. Dept. of Environmental Protection |
| Norman E. Gilkey, Esquire; ngilkley@bccz.com; Counsel to WLT Investments, LLC |
| Jeffrey Kurtzman, Esquire; jkurtzman@klehr.com; Counsel to Klehr, Harrison, Harvey, Branzburg LLP |
| Susan Fuhrer Reiter, Esquire; Counsel to Evergreen National Indemnity Company |
| Scott M. Hare, Esquire; Counsel to McKean County; Scott@ScottLawPGH.com |

Via First Class Mail, Postage Pre-Paid:

| | |
|---|---|
| Office of the United States Trustee<br>Liberty Center, Suite 970<br>1001 Liberty Avenue<br>Pittsburgh, PA  15222 | Girl Scouts of Western Pennsylvania<br>30 Isabella Street, Suite 107<br>Pittsburgh, PA  15212 |
| Douglas L. Wisner, Esquire<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY  10019<br>Counsel to Merrill Lynch Portfolio Management | Michael J. Connick, Esquire<br>Connick & Associates Co. LPA<br>North Point Tower, Suite 1720<br>1001 Lakeside Avenue<br>Cleveland, OH  44114<br>Counsel to Evergreen National Indemnity Company |

**Respondents not listed above:**

| | |
|---|---|
| Tax Collector<br>ATTENTION:  Rosalie Bishop<br>11888 Wilcox Road<br>Wilcox, PA  15870 | Great American Leasing Corp.<br>P.O. Box 660831<br>Dallas, TX  75266 |
| Great American Leasing Corp.<br>P.O. Box 609<br>Cedar Rapids, IA  52406 | Great American Leasing Corp.<br>625 First Street, SE<br>Cedar Rapids, IA  52401 |

**Equity Security Holders:**

| | |
|---|---|
| Randall M. Hendricks<br>288 Highland Avenue<br>Souderton, PA  18964 | Richard L. Godshall<br>308 Highland Avenue<br>Souderton, PA  18964 |
| Richard M. Welch<br>1600 Morgantown Road<br>D-6<br>Pinehurst, NC  28374 | |