**Hearing for August 26, 2010 at 3:00 p.m.  (CH. 11)**

| | | | |
|---|---|---|---|
| 10-10902 TPA | Rustick, LLC (v Merrill Lynch Portfolio, et al.) | #181, 251 | Argument re. Bid Procedures |

*(Atty. David Rudov to appear via video in Ctrm C)*
*(Atty. Robert Bernstein to appear via video in Ctrm C)*
*(Atty. Scott Hare to appear via video in Ctrm C)*
*(Atty. Sajida Mahdi Ali to appear via telephone)*
*(Atty. Pete Hughes to appear via telephone)*
*(Atty. Paul Patterson to appear via telephone 215-564-8052)*

<u>Appearances:</u>
Debtor:                           Nicholas Pagliari / Peter C. Hughes
Girl Scouts of Western PA:        David K. Rudov
Creditors' Committee:             Robert S. Bernstein
Merrill Lynch:                    Guy C. Fustine, Sajida Mahdi Ali
PA Dept. of Env. Prot.:           Douglas G. Moorhead
Evergreen Natl. Indmty. Co:       Susan Fuhrer Reiter, Michael J. Connick
McKean County:                    Scott M. Hare
Synagro                           Paul Patterson

Moorhead: Compliance history is large factor to consider in permitting. No history is easy sometimes easy process.

Ali: Will work with all parties to reach decision upon which all agree.

<u>OUTCOME</u>:   Chambers to do Order.

*/s/ Thomas P. Agresto*
dmr