**Hearing for September 9, 2010 at 9:30 a.m. (CH. 11)**

| | | | |
|---|---|---|---|
| 10-10902 TPA | Rustick, LLC | #215 | Approval of Amended Disclosure Statement |
| | | | #232, #283 - Objs. by Girl Scouts of W. Pa. |
| | | | #290 - W/drawal of Objs. by Girl Scouts Pa. |

*(Atty. Sajida Mahdi Ali to appear via telephone)*
*(Atty. Scott Shuster to appear via video in Ctrm C)*

Appearances:
Debtor:                          Lawrence C. Bolla, Peter C. Hughes
Girl Scouts of Western PA:       David K. Rudov
Creditors' Committee:            Scott Schuster
Merrill Lynch:                   Guy C. Fustine, J. Robert Stoll,
                                 Sajida Mahdi Ali (telephone)
U.S. Trustee:                    Joseph M. Fornari, Jr.
PA Dept. of Environ. Protection: Douglas G. Moorhead
WLT Investments, Inc.            Norman Gilkey
Evergreen Natl Indemnity:        Susan Reiter

Hughes: Objections by Girl Scouts and DEP resolved. Filed first Am D/S-Revised on Tuesday. Reviews changes to D/S. There are no unpaid postpetition creditors other than professional fees and we expect none at the end of the day Debtor is under budget. No objections other than those that have been resolved.

Schuster: No objection to d/s, have a couple of plan issues that we expect to address in regards to broad releases and in regard to extent of fees.

Gilkey: No obj to D/S. May have plan objections. Our issues are with Merrill Lynch

Stoll: No obj to D/S.

Reiter: No obj to D/S. May have plan objections

OUTCOME: Issue order approving d/s filed at Doc. No. 294, but note in the Order that it is to be referred to as the Second Amended d/s to accompany the First Amended Plan dated 8/9/10. Chambers to prepare separate Order that Debtor is to file weekly an affirmation that all administrative, non-professional fee, claims are being paid.

dmr