**Hearing for October 7, 2010 at 3:00 p.m.  (CH. 11)**

| | | | |
|---|---|---|---|
| 10-10902 TPA | Rustick, LLC | #289 | Motion to Sell Debtor's Assets |
| | (v Merrill Lynch, et al.) | #344 - CNO | |

Appearances:
Debtor: Nicholas Pagliari, Peter C. Hughes, Jennifer Maleski
Caterpillar Financial Services Corp.: Nicholas E. Meriwether
Synagro: Mark Dorvel (by telephone)
Creditor Committee: Robert Bernstein
Pa. DEP: Douglas Moorhead
Evergreen: Susan Reiter, Michael Connick
Casella Waste Systems: William Kelleher
Merrill Lynch: Robert Stoll, Guy Fustine, Sajida Mahdi Ali

Hughes: One bid from Casella Waste Systems.of $500,000 in cash and total consideration of a little over $3.8 million.  Do not yet have a signed APA to present to court, but are close. Will make a filing by the 14th to indicate which contracts will be assumed.

Richard Sterner called as witness: Broker selling Debtor's assets.  Selling efforts described. Believes this is an arms-length transaction.

Mr. Hendricks, debtor CFO, called as witness:  Facility has been for sale, at least informally, since 6-8 months after it was first acquired.  Believes marketing efforts were appropriate. $100,000 deposit has been received.  Believes all admin. claims will be paid in full.

Connick: No objections.

Moorhead: Still an enforcement issue, though thinks it can be resolved.

Kelleher: Should be able to have an APA submitted by October 14th.  Casella is a minority shareholder in Evergreen, along with other waste management operators. Caterpillar will likely exercise the Caterpillar purchase option.

Maleski: Caterpillar contract is not executory.

OUTCOME:  Court tentatively finds the bid to be appropriate, subject to final conditions that may be imposed at confirmation and as to filing of APA. GRANTED /OE.



dmr