IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

RUSTICK, LLC,                                    :        Case Number 10-10902 TPA
        Debtor,                             :        Chapter 11
                                           :

RUSTICK, LLC,                                    :
           Movant,                         :
                                             :

v.                                               :
                                             :        Related to Document Nos. 289

MERRILL LYNCH PORTFOLIO              :
MANAGEMENT, INC.; MERRILL           :
LYNCH PIERCE FENNER &                :
SMITH, INCORPORATED; and             :
THE BANK OF NEW YORK                 :
MELLON TRUST COMPANY,                :
N.A., as successor to J.P. Morgan       :
Trust Company, National                 :
Association, ROSALIE BISHOP,            :
TAX COLLECTOR; GREAT                 :
AMERICA LEASING CORP.;               :
CATERPILLAR FINANCIAL               :
SERVICES CORP.; EVERGREEN           :
NATIONAL INDEMNITY                   :
COMPANY; and SMETHPORT              :
AREA SCHOOL DISTRICT,                :
          Respondents.                   :

## ORDER

**AND NOW,** this ***8th*** day of ***October, 2010***, a hearing on the ***Motion of the Debtor for Order Authorizing the Sale of Substantially all of the Debtor's Assets as Part of the Debtor's Plan of Reorganization*** ("Motion") was held on October 7, 2010, at which time it was determined that there was one qualified bidder, Casella Waste Systems, which submitted a cash bid of $500,000, plus additional consideration in the approximate amount of $3,300,000, for a total purchase price of approximately $3,800,000.

The Court tentatively finds the bid to be appropriate, and that Casella Waste Systems is the successful bidder, subject to the filing of an Asset Purchase Agreement and final conditions that may be imposed at the hearing on confirmation of the Debtor's Plan of Reorganization. Therefore,

It is hereby **ORDERED, ADJUDGED and DECREED** that the final ruling on the Sale *Motion* is deferred until the hearing on the plan confirmation, scheduled for **October 21, 2010 at 3:00 P.M.** in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

Thomas P. Agresti, Chief Judge
United States Bankruptcy Court

Case Administrator to serve:
    Nicholas Pagliari, Esq.
    Peter C. Hughes, Esq.
    Jennifer Maleski, Esq.
    Nicholas E. Meriwether, Esq.
    Mark Dorvel, Esq.
    Robert Bernstein, Esq.
    Susan Reiter, Esq.
    Michael Connick, Esq.
    William Kelleher, Esq.
    Robert Stoll, Esq.
    Guy Fustine, Esq.
    Sajida Mahdi Ali, Esq.